[No. 25722-0-II.   Division Two.   August 10, 2001.]

STANLEY STEARNS, ET AL., *Respondents*, v. STEVEN H. BOWMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-09614-8, Kitty-Ann van Doorninck, J., entered January 14, 2000. *Dismissed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 25904-4-II.   Division Two.   August 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR HENRY NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-01191-8, Stephen M. Warning, J., entered March 30, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 25943-5-II.   Division Two.   August 10, 2001.]

GEORGE SHAYNE TOLIVER, *Appellant*, v. CONVENIENT PHYSICIANS SERVICES, P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-2-01315-9, James E. Warme, J., entered April 14, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, J., and Stonier, J. Pro Tem.

[No. 26047-6-II.   Division Two.   August 10, 2001.]

JOSEPH P. MENTOR, *Respondent*, v. LAWRENCE J. KING, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-2-01516-6, Kenneth D. Williams, J., entered June 1, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Morgan, J.